**Zakariah LAFRENIERE, Plaintiff—Appellant,**

v.

**REGENTS OF the UNIVERSITY OF CALIFORNIA, Defendant— Appellee.**

**No. 05–16013.**

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 21, 2006.\*

Filed Feb. 24, 2006.

Zakariah Lafreniere, Berkeley, CA, pro se.

Michael Bruno, Alyson Cabrera, Esq., Gordon & Rees, LLP, San Francisco, CA, for Defendant—Appellee.

Before: SCHROEDER, Chief Judge, GOODWIN and O'SCANNLAIN, Circuit Judges.

MEMORANDUM \*\*

A review of the record, the response to the court's November 21, 2005 order to show cause and the opening brief indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard).

---

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

Accordingly, we summarily affirm the district court's judgment.

All pending motions are denied as moot.

**AFFIRMED.**